UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
JENNIFER M. LANGENHEIM      )
                            )
                            )
            Plaintiff,      )
                            )    1:06-CV-00525 OWW SMS
      v.                    )
                            )    ORDER DISMISSING ACTION
BUSH FAMILY, ET AL          )    FOR LACK OF PROSECUTION
                            )
                            )
            Defendant.      )
                            )
                            )
_____)
```

It appearing that the plaintiff having failed to prosecute this action and having failed to respond to the courts Order To Show Cause;

IT IS HEREBY ORDERED that this action is dismissed without prejudice.


IT IS SO ORDERED.

Dated:   October 18, 2006                           /s/ Oliver W. Wanger
emm0d6                                         UNITED STATES DISTRICT JUDGE

1